**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

TAUREAN PROCH,

        *Plaintiff,*

v.

MAT KING, D. FLEMING,
R. OLEJNIK K. ADAMS, and
SECURUS TECHNOLOGIES, INC.,

        *Defendants.*

_____/

Case No. 1:22-cv-12141
District Judge Laurie J. Michelson
Magistrate Judge Patricia T. Morris

## <u>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL</u>
### (ECF No. 60)

On June 27, 2023, Plaintiff filed the instant motion to compel. (ECF No. 60.) On August 2, 2023, Judge Michelson entered an Opinion and Order wherein she sustained in part Plaintiff's objection to a Report and Recommendation (R&R) filed by the undersigned. (ECF No. 64.) The R&R recommended enforcing the arbitration clause in the governing agreement. Judge Michelson's Order found that "Proch should be given an opportunity to conduct limited discovery to support his defenses to the arbitration agreement" and thus, "grant[ed] Proch limited discovery on whether a valid arbitration agreement exists[.]" (ECF No. 64, PageID.562-63.) Since Plaintiff's motion to compel revolves around his claim for retaliation (ECF No. 60, PageID.479) rather than the validity of the arbitration agreement, I find that his motion should be DENIED at this time

1

WITHOIUT PREJUDICE to his ability to pursue discovery on other matters, should the case remain in this Court.

IT IS SO ORDERED.

Review of this order is governed by 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and E.D. Mich. LR 72.1(d).

Date:  August 30, 2023                              S/ PATRICIA T. MORRIS
                                                    Patricia T. Morris
                                                    United States Magistrate Judge