UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAUREAN PROCH,

   *Plaintiff,*

v.

MAT KING, D. FLEMING,
R. OLEJNIK, K. ADAMS, and
SECURUS TECHNOLOGIES, INC.,

   *Defendants.*
_____/

Case No. 2:22-cv-12141

Laurie J. Michelson
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## CASE MANAGEMENT AND SCHEDULING ORDER

  This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT | DEADLINE |
|---|---|
| Amendment of Pleadings | April 12, 2024 |
| Answer/Response to Amended Pleadings | May 3, 2024 |
| Parties Exchange Initial Disclosures Pursuant to Rule 26(a)(1) | May 17, 2024 |
| Fact Discovery, Interim Status Conference, Motion for Class Certification, and Dispositive Motions | Fact discovery on the merits and limited to the identification of potential class action plaintiffs, i.e. names of jail inmates from August 2022 to the present, will occur first and may be conducted until June 12, 2024. After the time period has passed, the parties have until July 12, 2024, to file dispositive motions. If the dispositive |

|  | motions are not case determinative, discovery on class certification will proceed for three months after the order denying dispositive motions. Any motion for class certification will be due on or before 30 days from the end of discovery regarding class certification. |
|---|---|
| Witness Lists Filed (lay and expert) | 2 months before close of fact discovery |
| Expert Discovery Completed by | 1 month after close of fact discovery |
| Challenges to Experts | 1 month after ruling on dispositive motions |

**IT IS ORDERED.**

Date: March 13, 2024

S/PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge