## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

TAUREAN PROCH, individually and on behalf of a class of similarly situated persons,

        Plaintiff,

v.

SHERIFF MAT KING,
LIEUTENANT RICHARD OLEJNIK,
LIEUTENANT KYLE ADAMS,
ST. CLAIR COUNTY, MICHIGAN,
SECURUS TECHNOLOGIES, LLC,

        Defendants.

Case No. 2:22-cv-12141

Judge:   Laurie J. Michelson
Mag. Judge Patricia T. Morris

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Deposition of Tracy DeCaussin (November 12, 2024) *and* Deposition of Tracy Decaussin as 30(b)(6) Representative for Defendant St. Clair County (November 12, 2024) |
| 2 | Deposition of Susan Harrod as 30(b)(6) Representative for Securus Technologies, LLC (December 2, 2024) |
| 3 | Transcript of Video Recording of Board of Commissioners Meeting (September 21, 2017) *(original .mp4 video file will be filed separately pursuant to Electronic Filing Policies and Procedures R19(c))* |
| 4 | Email from D. Alderdyce, Subject: FW: BOC Memorandum (attaching Memorandum from Captain Tom Bliss) (April 29, 2024) |
| 5 | Email from T. DeCaussin,  Subject: RE: Telmate/Securus (April 22, |

1

| | |
|---|---|
| | 2022) |
| 6 | Expert Report and Affidavit of Dr. Dora Schiro, Ed.D, J.D. (December 20, 2024) |
| 7 | Deposition of Richard Olejnik as 30(b)(6) Representative for Defendant St. Clair County (November 11, 2024) |
| 8 | Declaration of Taurean Proch (April 3, 2025)[1] |
| 9 | Securus Technologies Response to Request for Proposal (January 13, 2017) |
| 10 | Email from R. Olejnik, Subject: RE: Drugs in mail (August 23, 2021) |
| 11 | Documents Produced by St. Clair County in Response to Public Records Request dated December 11, 2023 |
| 12 | St. Clair County Board of Commissioners Agenda (with attachment) (September 21, 2017) |
| 13 | 2017-2019 Securus Commission Reports |
| 14 | 2020-2024 Contraband Logs |
| 15 | 2020-2024 Sergeant Pass-On Logs Excerpts (as produced) |
| 16 | Email from K. Thomas, Subject: Securus (attaching Second Amendment to the Master Services Agreement) (January 8, 2024) |
| 17 | Email from A. Rush, Subject: Securus Text Connect (August 31, 2023) |
| 18 | Email from D. Czarnecki, Subject: Re: case 05373159 (June 8, 2022) Email from K. Adams, Subject: Fwd: Tablets issues thus far (August 6, 2021) Email from K. Adams, Subject: Inmate Tablets (August 23, 2021) |

---

[1] Minor child's name has been covered up (p.6) to protect their privacy.

| | |
|---|---|
| | Email from T. Branch, Subject: RE: Case 07872451 – Submitted (October 13, 2022)<br><br>Email from D. Czarnecki, Subject: Re: E-messaging (January 25, 2022)<br><br>Email from L. Fantoli, Subject : Securus Current Issues Meeting - St. Clair County, MI 06351 (January 5, 2024) |
| 19 | Email from W. Arrington, Subject: RE: Facility Support - Phone System - Call Not Going Through (April 6, 2024)<br><br>Email from K. Ciccarello, Subject: FW: A. Scott (May 16, 2022)<br><br>Email from C. Dickinson, Subject: RE: Visit (May 22, 2024) |
| 20 | Securus Facility System User Guide, EMessaging (January 2022) |
| 21 | Email from D. McTee, Subject: RE: STC with Word Alert Confirmation (April 1, 2024) |
| 22 | Email from K. Adams, Subject: RE: St Clair/Securus Meeting Follow up (July 6, 2023) |
| 23 | Declaration of Amy Oilar (March 28, 2025) |
| 24 | Declaration of Justin Proch (April 2, 2025) |
| 25 | Email from D. Czarnecki, Subject: Complaint (December 9, 2023) |